803 A.2d 731

Ronald W. LEVENTRY, Appellant,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Thomas P. Bender, Records Supervisor S.C.I. Pittsburgh, and the Attorney General of the Commonwealth of Pennsylvania, Appellees.

No. 10–WAP–2002.

Supreme Court of Pennsylvania.

July 11, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of July, 2002, probable jurisdiction is noted and the order appealed is affirmed.

803 A.2d 1174

COMMONWEALTH of Pennsylvania, Appellant,

v.

John Michael KRAJNAK, Appellee.

No. 35 WAP 2002.

Supreme Court of Pennsylvania.

Aug. 1, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of August, 2002, the appeal is quashed without prejudice as being from a non-final order.